### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JEROME ROSS, | ) |
| Plaintiff, | ) Case No.: 22-cv-3826 |
| v. | ) |
| Village of Robbins, Officer Jason Sarasota, Detective Cordell Clament, Village of Calumet Park, | ) |
| Defendants. | ) |

### STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, Jerome Ross, and Defendant, Calumet Park, and by their respective attorneys of record, that the parties have settled this matter and, therefore, the claims against Calumet Park should be dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: January 24, 2023

Respectfully submitted,

/s/Peter T. Sadelski
Peter T. Sadelski
Ed Fox & Associates, Ltd.
*Attorney for Plaintiff*
118 N. Clinton St., Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com
Attorney No. 6339614

/s/Michael J. McGrath
Michael J. McGrath
Amy E. Zale
3318 W. 95th Street
Evergreen Park, IL 60805
mmcgrath@osmfm.com
azale@osmfm.com
(708) 424-5678